THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:08-cr-00239-MR and
CRIMINAL CASE NO. 3:08-cr-00241-MR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| DEMETRIUS RAINER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release [Criminal Case No. 3:08-cr-00239-MR, Doc. 44; Criminal Case No. 3:08-cr-00241-MR, Doc. 36]. Both the Government and the Defendant's supervising probation officer oppose the Defendant's Motion. [Criminal Case No. 3:08-cr-00239-MR, Doc. 45, as amended by Doc. 47; Criminal Case No. 3:08-cr-00241-MR, Doc. 38 as amended by Doc. 39].

In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). For

the reasons stated by the Government's Opposition, as amended, the Court is not satisfied that termination is warranted under the circumstances at this time.  Accordingly, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Criminal Case No. 3:08-cr-00239-MR, Doc. 44; Criminal Case No. 3:08-cr-00241-MR, Doc. 36] is **DENIED**.  The Defendant's term of supervised release shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: May 19, 2019

Martin Reidinger
United States District Judge